[No. 44649-9-II.   Division Two.   March 25, 2014.]

*In the Matter of the Welfare of H.Q.*

The opinion in the above captioned case, which appeared in the advance sheets at 180 Wn. App. 397-412, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated July 22, 2014, denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 182 Wn. App. 541.